In the Matter of the Substitution of Attorneys for GEORGE A. DUR-
BAN, Respondent, in the Following Entitled Proceedings: In the Matter
of the Judicial Settlement of the Account of GUSTAVE E. APEL, as
Temporary Administrator, etc., of MARTHA E. DURBAN, Deceased. In
the Matter of the Judicial Settlement of the Account of GUSTAVE E.
APEL, as Executor, etc. In the Matter of the Probate of the Last Will
and Testament of MARTHA E. DURBAN, Deceased. LILLIAN RICHTER,
Appellant.— Mr. Durban's assignment to his stepdaughter of April 26,
1916, was between parties already cited into the Surrogate's Court, and
signed during the pendency of the probate proceedings. It purported to
pass rights under the will if admitted, or, if the will be rejected, then to
cover all Mr. Durban's interest, as husband and as next of kin, in the dis-
tribution of the estate. We cannot say that to take testimony as to the
execution, delivery and validity of this assignment would be beyond the
surrogate's powers, as enlarged by the Code of Civil Procedure, section
2510. As we read the order, it does not contemplate passing on the ques-
tion of any subsequent breach thereof, in case it should be found that the
purported assignment had a valid inception. Order of the Surrogate's
Court of Richmond county affirmed, but without costs. Jenks, P. J.,
Thomas, Mills, Rich and Putnam, JJ., concurred.

In the Matter of the Application of STAFFORD HENDRIX, Appellant,
for a Writ of Mandamus to the COURT OF SPECIAL SESSIONS, SECOND
DIVISION, CITY OF NEW YORK, Respondent.— Order affirmed, without
costs. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.,
concurred.

In the Matter of the Application of the PUBLIC SERVICE COMMISSION
FOR THE FIRST DISTRICT, Appellant, for the Appointment of Commis-
sioners of Appraisal, etc., Relative to Acquiring, etc., to Property on the
West Side of Davis Street, etc., in the Borough of Queens, City and State
of New York, etc. THE CITY OF NEW YORK, Appellant; FRANK A. BUCK-
NAM, Respondent.— Order affirmed, with ten dollars costs and disburse-
ments. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.,
concurred.

HJALMAR LINDFORS, Appellant, v. TURNER CONSTRUCTION COMPANY,
Respondent.— Judgment and order unanimously affirmed, with costs. No
opinion. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

MICHAEL MCCAULEY, Respondent, v. THE BROOKLYN HEIGHTS RAIL-
ROAD COMPANY, Appellant.— Judgment and order of the County Court
of Queens county affirmed, with costs. No opinion. Stapleton, Mills and
Rich, JJ., concurred; Thomas, J., dissented.

MINNIE OXMAN, an Infant, by JENNIE OXMAN, Her Guardian ad
Litem, Respondent, v. THE NASSAU ELECTRIC RAILROAD COMPANY,
Appellant.— Judgment unanimously affirmed, with costs. No opinion.
Present — Thomas, Stapleton, Mills and Rich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES
BENSON, Appellant.— Judgment of conviction of the Court of Special Ses-
sions affirmed. No opinion. Jenks, P. J., Carr, Stapleton, Mills and
Rich, JJ., concurred.